**Calvin PERRY, Petitioner–Appellant,**

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

**No. 10–7468.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2011.

Decided: March 8, 2011.

Calvin Perry, Appellant Pro Se.

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Perry appeals the district court's order dismissing his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perry v. United States,* No. 7:10–cv–00447–jct–mfu (W.D.Va. Oct. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process The petition for a writ of mandamus is denied.

*AFFIRMED.*